# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW22 | 9694945 | Christian Falcon | B-132 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged: ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 06/30/2024 | 8 USC 1325 (a) |

Place of Offense

Blaine Washington

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Improper entry by Alien - 1st Offense
EWI/PWA

### DEFENDANT INFORMATION

Last Name NISHA      First Name
No Last Name Po         ID Provided

Street Address

Tag No. | State | Year | Make/Model | PASS ☐ | Color

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 50 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 80.00 Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature

Original - CVB Copy



*9694945*

---

I state that on 06/30 , 20 24 while exercising my duties as a law enforcement officer in the Western District of Washington

See Supplemento Statement
of Probable Cause

G166C - BLS2406000100

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/30/2024    [signature]
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

---

CVB SCAN 07/16/2024 14:42